# Exhibit G

| | |
|---|---|
| **From:** | Gilmore, John |
| **Sent:** | Thursday, August 10, 2023 1:49 PM |
| **To:** | joe@ssp-law.com |
| **Subject:** | Professional Pipe LLC - 300-0482726-2023 |

Jody,

I am writing to inform you that Auto-Owners Insurance Company is accepting your Defense & Indemnity demand for John Soules Foods Alabama LLC, John Soules Foods Inc, & John Soules Enterprises LLC (JSF), only with respect to work performed by or on behalf of Professional Pipe LLC for JSF. Please be aware that we have tendered Defense & Indemnity of JSF to Quinones Welding LLC based on the subcontract agreement between Quinones Welding LLC and Professional Pipe LLC.

Please email all correspondence that contain attachments to montgomery.clm@aoins.com and reference the claim number in the subject line.

Thank you,



**John Gilmore** CPCU, AIC, AU, AINS

FIELD CLAIM REP
MONTGOMERY CLAIMS
AUTO-OWNERS INSURANCE

p: 800.548.9881 ext. 57787

hours: 8:00 a.m. to 4:30 p.m. CST
auto-owners.com

**You can track the status of your claim by visiting the Auto-Owners Customer Center**